IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

| | |
|---|---|
| CHRISTIN NICOLE FISHER, | Civil File No. 08-2451-EFM-DJW |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| NATIONAL ENTERPRISE SYSTEMS, INC., | |
| Defendant. | |

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff, Christin Nicole Fisher, and the defendant, National Enterprise Systems, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: 01/19/09

By /s/ J. Mark Meinhardt
J. Mark Meinhardt, #20245
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: 01/19/09

By /s/ Pamela J. Welch
John G. Schultz, #22871
Pamela J. Welch, #21534
Franke Schultz & Mullen
8900 Ward Parkway
Kansas City, MO 64113
(816) 421-7100

ATTORNEYS FOR DEFENDANT